IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DELBERT E. HARRIS,** | ) | CASE NO. 8:08CV284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **JOHN DOE, 8 Unknown Omaha Police Officers & All persons in active concert & participation with them,** | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Delbert E. Harris, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 15th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge